UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FOWSIA H. IBRAHIM,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. C12-0739-JLR-MAT<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 27, 2013, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 10, 2013, to file a reply brief.

**This is the parties' second unopposed motion to continue the briefing schedule.  As a result, no additional extensions will be granted absent extraordinary circumstances.**

Page 1      ORDER - [C12-0739-JLR-MAT]

DATED this 28th day of February, 2013.

_Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3748
Fax: (206) 615-2531
brett.eckelberg@ssa.gov

Page 2    ORDER - [C12-0739-JLR-MAT]